IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | :<br>: | Consolidated Under<br>MDL DOCKET NO. 875 |
| RICHARD ARCHER | : | |
| v. | : | Civil Action No. 09-cv-70093 |
| MEAD CORPORATION, ET AL. | :<br>: | Transferred from the Northern<br>District of Alabama |
| ALFRED MCGUFFIE | : | |
| v. | : | Civil Action No. 09-cv-70095 |
| MEAD CORPORATION, ET AL. | :<br>: | Transferred from the Northern<br>District of Alabama |
| REBEKKAH RIGGS | : | |
| v. | : | Civil Action No. 09-cv-70094 |
| MEAD CORPORATION, ET AL. | :<br>: | Transferred from the Northern<br>District of Alabama |

**O R D E R**

**AND NOW**, this **28th** day of **July, 2011**, it is hereby **ORDERED** that Defendant Meadwestvaco Corporation's Motions for Summary Judgment in the above-captioned cases, listed in Exhibit "A," attached, are **DENIED**.

1

```
                         09-70093, 09-70094, 09-70095
```

**AND IT IS SO ORDERED.**

```
                         S/Eduardo C. Robreno
```
                        **EDUARDO C. ROBRENO, J.**

**Exhibit A**

|  |  |  |  |  | doc. no. | filed date |
|---|---|---|---|---|---|---|
| 09-70093 | AL-N | Archer et al v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 105 | 4/19/2011 |
| 09-70094 | AL-N | Riggs v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 82 | 4/19/2011 |
| 09-70095 | AL-N | Mcguffie et al v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 79 | 4/19/2011 |